## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. WOCV2013-00509-D

MARGARET MITCHELL          Plaintiff (s)

v.

WAL_MART STORES, EAST, L.P.

Defendant (s)

**SUMMONS**

* To the above-named Defendant:

You are hereby summoned and required to serve upon ..JENNIFER EBY KONE, Esq. ..................., plaintiff's attorney, whose address is Corliss Landing, 2 Bridge St., Providence, RI 02903 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the.........................
day of .....................................in the year of our Lord two thousand and
.......................  .



A true copy Attest
5/9/13  Deputy Sheriff Suffolk County

Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.



## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ..............................................................................................
20.............., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

..................................................................................................................................................
..................................................................................................................................................
..................................................................................................................................................

Dated: ................................................, 20..................... .

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

|  , 20 |
|---|

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.                    Superior Court
                                  Civil Action

                                  No. WOCV2013-00509-D

MARGARET MITCHELL ..................Plaintiff
826 West Boylston Street
Worcester, MA 01606       v.

WAL-MART STORES EAST, L.P. ..................Defendant
C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

**SUMMONS**

(Mass. R. Civ. P. 4)

STATE OF MASSACHUSETTS     SUPERIOR COURT
WORCESTER COUNTY, SC

MARGARET MITCHELL    :

v.            :  C. A. No. WOCV2013-00509-D

WAL-MART STORES EAST, L.P. :

## AMENDED COMPLAINT

1. Plaintiff MARGARET MITCHELL is a resident of the City of Worcester, County of Worcester and State of Massachusetts, and was so at all times relevant to this civil action.

2. Defendant WAL-MART STORES EAST, L.P. is a licensed corporation in the State of Massachusetts and is established in the City of Ware, County of Hampshire, and was so at all times relevant to this civil action.

3. On or about March 28, 2010, Plaintiff MARGARET MITCHELL, after making a purchase at one of the cash registers of WAL-MART STORES EAST, L.P., proceeded to leave the store via the main exit door when she sustained injuries after she slipped and fell due to a dangerous condition on the floor, namely a grape and grape juice.

4. Plaintiff MARGARET MITCHELL observed, after she fell, that there was a trail of grape juice from crushed grapes, extending from her location to the exit door and two other crushed grapes on the floor in front of her, including one which was stuck to her shoe.

5. Plaintiff MARGARET MITCHELL observed the presence of footprints, dirt and debris in the above referenced trail of grape juice, indicating that it had been on the floor for a significant period of time, during which the defendant knew, or should have known of its existence, and negligently failed to exercise due care for its customers by removing said dangerous condition in a timely manner.

6. Plaintiff MARGARET MITCHELL observed that there was no warning or wet floor sign to indicate the presence of a slip-and-fall hazard on the floor.

7. Plaintiff MARGARET MITCHELL fell, as a result of an unsafe condition on the premises of Defendant WAL-MART STORES EAST, L.P., whose employees, acting within the scope of their employment, knew or had reason to know that the condition existed for a long enough period of time so that the defendant or its employees should have taken steps to correct the condition.

8. As a result of the negligence of the defendant WAL-MART STORES EAST, L.P., the plaintiff MARGARET MITCHELL was injured, perhaps permanently, endured pain and suffering, incurred medical bills and expenses, and was otherwise damaged.

9. Plaintiff MARGARET MITCHELL exercised care for her own safety at all times material hereto.

WHEREFORE, the plaintiff demands judgment against the defendant in a sum sufficient to invoke this Court's jurisdiction, plus interest and costs.

PLAINTIFF DEMANDS A TRIAL BY JURY.

Plaintiff,
By her Attorney,

*[signature]*

JENNIFER EBY KONE, Esq.
MA Bar No.: 667170
Corliss Landing
Two Bridge Street
Providence, RI 02903
401 521-1800

DATED: May 1st, 2013